UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Kevin McGee, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-11929-JLT |
| | * | |
| | * | |
| JOHN LLEWELLYN, ROBERT | * | |
| MANZANELLA, and | * | |
| STANLEY CLEAVES | * | |
| | * | |
| Defendants. | * | |

ORDER of DISMISSAL

March 30, 2010

TAURO, J.

After reviewing the Parties' submissions, this court hereby orders that Defendant John Llewellyn's Motion to Dismiss [#15] is ALLOWED pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Though Plaintiff's lengthy complaint contains factual allegations involving Defendant John Llewellyn, it nonetheless fails to comply with Fed. R. Civ. P. 8(a) because it asserts no legal claims against this particular Defendant.[1]  Accordingly, this action is DISMISSED as to Defendant John Llewellyn.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] See Fed. R. Civ. P. 8(a) (requiring "a short and plain statement of the claim showing that the pleader is entitled to relief", including a demand for the relief sought); Orlowski v. Mass. Rehabilitation Comm., 585 F. Supp. 1408, 1409 (1984) ("[E]ach side in a lawsuit must give the other some idea of what laws and facts it is relying on for relief....").